An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

# IN THE SUPREME COURT OF THE STATE OF NEVADA

DEBRA D'AMATO, AN INDIVIDUAL,
Appellant,
vs.
WESTPARK HOMEOWNERS'
ASSOCIATION, A NEVADA NON-
PROFIT CORPORATION,
Respondent.

No. 62690

**FILED**

APR 2 9 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

When this proper person appeal was docketed, this court gave appellant 40 days to file and serve her civil proper person appeal statement. Appellant's civil appeal statement was due in this court by April 8, 2013. To date, appellant has failed to file her civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Gibbons

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Valorie J. Vega, District Judge
Debra K. D'Amato
Alessi & Koenig, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

13-12514